**Dismissed and Memorandum Opinion filed October 25, 2011.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-11-00326-CR

_____

## EX PARTE OMAR TORRES

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1292812**

## M E M O R A N D U M   O P I N I O N

Appellant is charged with the offense of capital murder.   The trial court set bond at $700,000.   Appellant filed a pre-trial application for writ of habeas corpus seeking a bond reduction.   The trial court denied appellant's application for writ of habeas corpus and this appeal followed.   On October 17, 2011, appellant filed a motion to dismiss the appeal because he was convicted in cause number 1231114 on August 15, 2011.   Appellant's conviction renders the issue of pretrial bond moot.   *See Ex parte Morgan*, 335 S.W.2d 766, 766 (Tex. Crim. App. 1960); *Ex parte Bennet*, 818 S.W.2d 199, 200 (Tex. App.—Houston [14th Dist.] 1991, no pet.) (stating that "where the premise of a habeas corpus application is destroyed by subsequent developments, the legal issues raised thereunder are rendered moot.").

Accordingly, we dismiss this appeal as moot.

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).